UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

FAWN JORDAN,

                    Defendant.

-------------------------------------------------------X

No. 17 Cr. 129 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/19

RONNIE ABRAMS, United States District Judge:

On December 6, 2019, this Court imposed a sentence of time served on Defendant (U.S.M #05061-707. It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:    December 6, 2019
             New York, New York

Ronnie Abrams
United States District Judge